UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DUKE HENDERSON, )<br>  )<br>           Plaintiff, )<br>   vs. ) No. 1:06-cv-385-JDT-TAB<br>  )<br> W. T. J. RUTTON, *et al.*, )<br>  )<br>           Defendants. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: September 26, 2006

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Duke Henderson , DOC #114427
Pendleton Correctional Facility
PO Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770